# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| PAULA S. BLACK,<br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL,<br>*Defendant* | Civil Action No.   3:16-CV-1768<br>(Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL ("the Commissioner") and against plaintiff PAULA S. BLACK, as follows: The Commissioner's decision denying Black's application for a period of disability. disability insurance benefits, and supplemental security income is AFFIRMED, in accordance with the court's order (Doc. 25), dated August 31, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date:   Aug 31, 2018           *CLERK OF COURT*   PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*